# United States Court of Appeals
## For the First Circuit

No. 19-2240

KETLER BOSSÉ,

Plaintiff, Appellee,

v.

NEW YORK LIFE INSURANCE COMPANY; NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION; NEW YORK LIFE INSURANCE COMPANY OF ARIZONA,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on March 30, 2021, is
amended as follows:

On page 17, line 19, change "That rules" to "That rule."